**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CR. No.** CR 06 24S |
| | : | |
| | : | |
| **v.** | : | **In violation Of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(iii); 18 U.S.C. § 922(g)(1)** |
| | : | |
| | : | |
| **JOSE DIAZ** | : | |

**INFORMATION**

The United States Attorney charges that:

COUNT I

On or about September 7, 2005, in the District of Rhode Island, the defendant, JOSE DIAZ, did knowingly and intentionally possess with intent to distribute 6.87 grams of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(iii).

COUNT II

On or about September 7, 2005, in the District of Rhode Island, the defendant, JOSE DIAZ, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to

wit: a Ruger Super Black Hawk model .44 caliber revolver, serial number 83-54759, in violation of 18 U.S.C. § 922(g)(1).

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

PETER F. NERONHA
Assistant U.S. Attorney

GERARD B. SULLIVAN
Criminal Chief

Date: February 17, 2006