AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
JOSE DIAZ

## WAIVER OF INDICTMENT

CASE NUMBER: CR 06 24S

I, Jose Diaz, the above named defendant, who is accused of

possession with intent to distribute a mixture and substance containing a detectable amount of cocaine base, a Sehedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(iii); and

being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on Feb-27, 2006 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Jose Diaz
Defendant Jose Diaz

Counsel for Defendant Edward C. Roy, AFPD

Before David L. Martin
Judicial Officer USMJ