1125579

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court
## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

JOSE DIAZ

**WARRANT FOR ARREST**

CASE NUMBER: CR06-23S

RECEIVED
FEB 17 2006
US MARSHALS
RHODE ISLAND

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JOSE DIAZ
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☐ Indictment ☒ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE AND FELON IN POSSESSION OF A FIREARM

in violation of Title 21 United States Code, Section(s) 841(a)(1)&(b)(1(B)(iii) and 18:922(g)(1)

JEANNINE THEBALL
Name of Issuing Officer

DEPUTY CLERK
Title of Issuing Officer

Signature of Issuing Officer

February 17, 2006 - PROVIDENCE, RI
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at ACI on writ; returned to ACI | | |
| DATE RECEIVED 02/17/2006<br>DATE OF ARREST 02/27/2006 | NAME AND TITLE OF ARRESTING OFFICER<br>CS Wyant<br>SDUSM | SIGNATURE OF ARRESTING OFFICER<br>[signature] |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.