UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
VS. ) CR NO. 06-24S
)
JOSE DIAZ )

## MOTION TO CONTINUE SENTENCING

NOW COMES the defendant, Jose Diaz, through counsel and moves that the sentencing in this matter presently scheduled for May 26, 2006 be continued for an additional thirty (30) days. The reason for this request is that defense counsel continues to investigate issues essential to the preparation of his sentencing memorandum. The government has no objection to the granting of this motion.

JOSE DIAZ
By his Attorney,

EDWARD C. ROY
Assistant Federal Defender
OFFICE OF THE FEDERAL PUBLIC DEFENDER
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281

GRANTED
William E. Smith
U.S. District Judge
5/22/06

CERTIFICATION

I hereby certify that on this 19th day of May 2006, I hand-delivered a true copy of the within motion to Peter Neronha, AUSA, Office of the United States Attorney, 50 Kenned Plaza, 8th Floor, Providence, RI 02903; Office of the Probation Officer, Exchange Terrace, Providence, RI 02903.