**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR NO. 06-24S** |
| | ) | |
| **JOSE DIAZ** | ) | |

---

**MOTION TO SEAL**

NOW COMES the defendant, Jose Diaz, and moves to seal the attached motion to continue sentencing in this case based on the reasons that are set forth within the motion to continue.

JOSE DIAZ
By his Attorney,

EDWARD C. ROY
Assistant Federal Defender
OFFICE OF THE FEDERAL PUBLIC DEFENDER
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281

CERTIFICATION

I hereby certify that on this 6th day of July 2006, I hand-delivered a true copy of the within motion to Peter Neronha, AUSA, Office of the United States Attorney, 50 Kenned Plaza, 8th Floor, Providence, RI 02903; Office of the Probation Officer, Exchange Terrace, Providence, RI 02903.