**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR NO. 06-24S** |
| | ) | |
| **JOSE DIAZ** | ) | |

---

**MOTION TO CONTINUE SENTENCING**

NOW COMES the defendant, Jose Diaz, through counsel and moves that the sentencing in this matter presently scheduled for December 1, 2006 be continued for an additional three weeks. The reason for this request is that the defendant needs the additional time to present the Court with sentencing mitigation information relative to the defendant.

The government, through AUSA Peter Neronha, has indicated is has no objection to the granting of this motion.

JOSE DIAZ,
By his attorney,

/s/ Edward C. Roy, Esquire
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Fax: (401) 528 - 4285
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I delivered a copy of the within to Peter Neronha, AUSA and the United States Probation Office by way of ECF filing on November 29, 2006,

/s/ Edward C. Roy, Esquire