UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 06-024 S

JOSE DIAZ :

MOTION FOR SENTENCE REDUCTION
PURSUANT TO 18 U.S.C. § 3582( c )(2)
AND U.S.S.G. §§ 1B1.10, 2D1.1

NOW comes the defendant, Jose Diaz, and moves that this Honorable Court reduce his sentence pursuant to the provisions of 18 U.S.C. § 3582(c)(2) and U.S.S.G. §§ 1B1.10 and 2D1.1. In further support of this motion, the defendant hereby incorporates by reference the attached memorandum of law in support of motion for sentence reduction.

Jose Diaz,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within to be served upon Peter Neronha, AUSA and on Kristin Mattias, USPO on the 21st day of May, 2008.

/s/ Edward C. Roy, Esquire

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 06-024 S

JOSE DIAZ :

MEMORANDUM OF LAW IN SUPPORT OF
MOTION FOR SENTENCE REDUCTION
PURSUANT TO 18 U.S.C. § 3582( c )(2)
AND U.S.S.G. §§ 1B1.10, 2D1.1

The defendant, Jose Diaz, and moves that this Honorable Court reduce his sentence pursuant to the provisions of 18 U.S.C. § 3582(c)(2) and U.S.S.G. §§ 1B1.10 and 2D1.1. In further support of this motion, the defendant states that:

1. On January 12, 2007, he was sentenced to a term of 96 months imprisonment after having pled guilty to both counts of an Information charging him with possession with intent to distribute cocaine base, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B), and being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1).

2. The sentence imposed represented a variance from the low end of the guideline range of 110-137 months.

3. Based upon the amendments to U.S.S.G. § 2D1.1, effective as of the date of November 1, 2007, the defendant's base offense level would be reduced to

a level 23, with a criminal history of VI, yielding a range of 92 to 115 months.

4. The defendant prays that this court make the same degree of variance from the newly-applicable guideline range as was made from the original guideline range, a thirteen percent (13%) variance.

Wherefore, the defendant prays that this Honorable Court reduce his sentence to 80 months imprisonment.

Jose Diaz,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within to be served upon Peter Neronha, AUSA and on Kristin Mattias, USPO on the 21st day of May, 2008.

/s/ Edward C. Roy, Esquire