**IN THE DISTRICT COURT FOR THE UNITED STATES**

**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA )
)
v. ) CR. NO. 06-24S
)
JOSE DIAZ )

**STIPULATION REGARDING MODIFICATION OF SENTENCE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties acting through their respective counsel, that:

1. Defendant has submitted a request for modification of his sentence pursuant to 18 U.S.C. § 3582(c)(2).

2. Defendant's original guideline calculation was as follows:

Total Offense Level _25_.

Criminal History Category _VI_.

_110_ to _137_ months imprisonment.

_4_ to _5_ years supervised release

$_10,000_ to $ _2,000,000_ fine.

3. Defendant was sentenced on January 12, 2007 to 96 months imprisonment.

4. Defendant is eligible for a modification of his sentence Pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(c), Amendment 706 of the United States Sentencing Commission Guidelines Manual

5. Defendant's revised guideline calculation is a follows:

Total Offense Level _23_.

Criminal History Category _VI_.

_92_ to _115_ months imprisonment

_4_ to _5_ years supervised release

$ 10,000 to $ 2,000,000 fine.

6. According to the modified pre-sentence report, defendant's conduct while imprisoned reveals that the defendant has not had any incident reports during his incarceration.

7. Based upon the foregoing, the parties hereby stipulate that a sentence of 80 months is appropriate in this matter.

8. The parties further stipulate that the remainder of defendant's judgment shall remain unchanged.

9. Defendant stipulates that he waives and does not request a hearing in this matter pursuant to Fed. R. Crim. P. 43, 18 U.S..C § 3582(c)(2); United States v. Booker, 543 U.S. 220 (2005) and Kimbrough v. United States, 2007 WL 4292040 (U.S. 2007).

10. Accordingly, the parties agree and stipulate that an amended judgement may be entered by the Court in accordance with this stipulation on or after March 3, 2008, pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(c), Amendment 706 of the United States Sentencing Commission Guidelines Manual.

Respectfully submitted,

EDWARD C. ROY
Counsel for Defendant

5/27/08
Date

PETER F. NERONHA
Assistant U.S. Attorney

5/22/08
Date

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 6/3/08